# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Angela McGovern | CASE NO.: 3:08-cv-0448 |
| Plaintiff, | JUDGE: Jack Zouhary |
| v. | |
| AllianceOne Receivables Management, Inc. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:   /s/ Jeffrey S. Hyslip__
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

AllianceOne Receivables Management, Inc.
c/o CT Corporation System,
Registered Agent
130 E. Ninth Street
Cleveland, OH 44114

                                                 /s/ Jeffrey Hyslip